George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave, Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com

Michael Kind, Esq.
Nevada Bar No. 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5581 (fax)
mk@kindlaw.com
*Counsel for Plaintiff Ralph Stovall*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Ralph Stovall<br><br>Plaintiff,<br><br>v.<br><br>Trans Union LLC; Equifax Information Services LLC; American Honda Finance Corporation,<br><br>Defendants. | Case No.: 2:22-cv-00079-GMN-BNW<br><br>**Unopposed Motion for Extension of Time for Trans Union to Answer**<br><br>**(First Request)** |

Ralph Stovall ("Plaintiff"), hereby files his Unopposed Motion for Extension of Time for Trans Union to Answer ("Motion") and in support states:

1. On January 20, 2022, Trans Union was served with Plaintiff's Complaint for Damages under the FCRA, 15 U.S.C. § 1681 ("Complaint").

2. Accordingly, Trans Union's responsive pleading to the Complaint is due on February 10, 2022.

3. Plaintiff and Trans Union are actively engaged in case-resolution negotiations.

4. Plaintiff does not oppose an extension of Trans Union's time to respond to the Complaint so that the parties may devote their energies to resolving this matter, and respectfully requests

the Court for an extension of time for Trans Union to file its responsive pleading by 14 days, which is up to and including **February 24, 2022**.

5. This motion is filed in good faith and not for delay.

6. This is the first request for an extension of time for Trans Union to answer complaint and the requested extension does not prejudice the parties.

7. For the foregoing reasons, Plaintiff requests that the Court issue an order extending the date by which Trans Union must answer or otherwise respond to Plaintiff's Complaint to **February 24, 2022**.

DATED this 9th day of February, 2022.

**FREEDOM LAW FIRM**

*/s/* Gerardo Avalos
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
*Counsel for Plaintiff*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 7:44 pm, February 10, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2