Chad C. Butterfield, Esq.
Nevada Bar No. 10532
**WILSON, ELSER, MOSKOWITZ,**
 **EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400
Fax: 702.727.1401
Chad.Butterfield@wilsonelser.com
*Attorneys for Defendant*
*American Honda Finance Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RALPH STOVALL<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; AMERICAN HONDA FINANCE CORPORATION,<br><br>Defendants. | Case No.:  2:22-cv-00079-GMN-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff, RALPH STOVALL ("Plaintiff") and Defendant, AMERICAN HONDA FINANCE CORPORATION ("AHFC"), by and through their respective counsel of record, jointly request an order extending the deadline for AHFC to file a responsive pleading to Plaintiff's Complaint by fourteen (14) days, from the current deadline of February 10, 2022 to February 24, 2022.  This motion is submitted in compliance with LR IA 6-1 and LR IA 6-2.

Good cause exists for the requested extension, as undersigned counsel for AHFC has only recently been retained in this matter is in the process of obtaining and reviewing the relevant file materials and information necessary to respond to the allegations set forth in the Complaint. Accordingly, the parties agree that the requested extension furthers the interests of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

/ / /

/ / /

/ / /

1

266278896V.1

1    This is the parties' first request for an extension of AHFC's responsive pleading deadline.

2    DATED this 9th day of February, 2022.

                        **WILSON, ELSER, MOSKOWITZ,**
                        **EDELMAN & DICKER LLP**

                        */s/ Chad C. Butterfield*
                        Chad C. Butterfield, Esq.
                        Nevada Bar No. 10532
                        6689 Las Vegas Blvd. South, Suite 200
                        Las Vegas, NV  89119
                        *Attorneys for Defendant American Honda Finance Corporation*

DATED this 9th day of February, 2022.

                        **KIND LAW**

                        */s/ Gerardo Avalos*
                        Michael Kind, Esq.
                        Nevada Bar No. 13903
                        8860 South Maryland Parkway, Suite 106
                        Las Vegas, NV  89123

                        George Haines, Esq.
                        Nevada Bar No. 9411
                        Gerardo Avalos, Esq.
                        Nevada Bar No. 15171
                        **FREEDOM LAW FIRM**
                        8985 S. Eastern Ave., Suite 350
                        Las Vegas, NV 89123
                        *Attorneys for Plaintiff*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this __10th__ day of February, 2022.

                                                          UNITED STATES MAGISTRATE JUDGE

266278896V.1