Chad C. Butterfield, Esq.
Nevada Bar No. 10532
**WILSON, ELSER, MOSKOWITZ,**
 **EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400
Fax: 702.727.1401
Chad.Butterfield@wilsonelser.com
*Attorneys for Defendant*
*American Honda Finance Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RALPH STOVALL<br><br>            Plaintiff,<br><br>     v.<br><br>TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; AMERICAN HONDA FINANCE CORPORATION,<br><br>            Defendants. | Case No.:  2:22-cv-00079-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY**<br><br>**(First Request)** |

Defendant AMERICAN HONDA FINANCE CORPORATION (hereinafter referred to as "AHFC"), and Plaintiff RALPH STOVALL ("Plaintiff"), by and through their respective counsel of record, hereby submit this Stipulation and [Proposed] Order to Extend Discovery.  This Stipulation is made and based upon Local Rules IA 6-1 and LR 26-3.

The parties respectfully seek a sixty (60) day extension to the remaining deadlines in the current discovery plan and scheduling order [ECF No. 21], as the parties are attempting to resolve this case via settlement and the parties' respective resources would be better served by continuing to explore the potential resolution of this case.  Accordingly, the parties respectfully request this extension in an attempt to facilitate a potential settlement of this case.

**A.    Current Discovery Schedule:**

    1.    Deadline to Disclose Initial Experts:        June 24, 2022
    2.    Deadline to Disclose Rebuttal Experts:     July 25, 2022
    3.    Discovery Cutoff Date:                              August 23, 2022
    4.    Dispositive Motions:                                 September 22, 2022
    5.    Joint Pretrial Order:                                  October 24, 2022

1

272384722V.1

1  **B.   Proposed Schedule:**

2  The parties propose the following schedule:

3
   1. Deadline to Disclose Initial Experts:    August 23, 2022
   2. Deadline to Disclose Rebuttal Experts:   September 22, 2022
4  3. Discovery Cutoff Date:                   October 24, 2022
   4. Dispositive Motions:                     November 23, 2022
5  5. Joint Pretrial Order:                    December 23, 2022

6  **C.   Statement of Discovery Completed:**

7  The parties have completed the following discovery:

8  - The parties have made their respective Rule 26 disclosures of witnesses and
9    documents.
10 - AHFC has responded to Plaintiff's interrogatories, requests for admission, and
11   requests for production of documents.

12 **D.   Discovery that Remains to be Completed:**

13 In the event the parties are unable to reach a settlement agreement, the parties anticipate the
14 following remaining discovery:

15 - Written discovery requests from AHFC to Plaintiff.
16 - The Rule 30(b)(6) deposition of AHFC.
17 - Plaintiff's deposition.
18 - Disclosure of initial and rebuttal experts by both parties.
19 - Depositions of the parties' respective experts.

20 **E.   Reasons for the Requested Extension and Statement of Good Cause:**

21 The parties respectfully submit that this request for a short extension is supported by good
22 cause, as the parties are exploring potential settlement and resolution of this case. The requested
23 extension will allow the parties to continue their efforts to reach a settlement without incurring
24 discovery and expert related fees and costs.

25 / / /
26 / / /
27 / / /
28

2

272384722V.1

The parties respectfully submit that the increased fees and costs associated with experts and discovery would present a significant obstacle to the parties' settlement negotiations. Accordingly, the requested extension is supported by good cause, and is made in good faith and not intended to delay these proceedings unnecessarily.

**SO STIPULATED:**

DATED: June 24, 2022                                                          DATED: June 24, 2022

**WILSON, ELSER, MOSKOWITZ,**                                **FREEDOM LAW FIRM**
**EDELMAN & DICKER LLP**

BY: */s/ Chad C. Butterfield*                                              BY: */s/ Gerardo Avalos*
    Chad C. Butterfield, Esq.                                              Gerardo Avalos, Esq.
    Nevada Bar No. 10532                                                    8985 South Eastern Ave., Suite 350
    6689 Las Vegas Blvd. South, Suite 200                      Henderson, Nevada 89123
    Las Vegas, Nevada 89119                                              *Attorneys for Plaintiff*
    *Attorney for Defendant*

### ORDER

**GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the discovery scheduling order is modified as follows:

| | | |
|---|---|---|
| 1. | Deadline to Disclose Initial Experts: | August 23, 2022 |
| 2. | Deadline to Disclose Rebuttal Experts: | September 22, 2022 |
| 3. | Discovery Cutoff Date: | October 24, 2022 |
| 4. | Dispositive Motions: | November 23, 2022 |
| 5. | Joint Pretrial Order: | December 23, 2022 |

Dated this 29th day of June, 2022.

                                UNITED STATES MAGISTRATE JUDGE

272384722V.1