Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Ralph Stovall*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ralph Stovall,<br>　　　　　Plaintiff,<br>　v.<br>Trans Union LLC, et al.,<br>　　　　　Defendants. | Case No.: 2:22-cv-00079-GMN-BNW<br><br>**Stipulation for dismissal of American Honda Finance Corporation with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Ralph Stovall and American Honda Finance Corporation stipulate to dismiss Plaintiff's claims against American Honda Finance Corporation with prejudice.

STIPULATION                    - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 26, 2022.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Ralph Stovall*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

/s/ Chad Butterfield
Chad Butterfield, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Counsel for American Honda Finance Corporation*

## ORDER

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to close the case.

Dated this  27  day of October, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT